**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| ELEX L. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-CV-61 DDN |
| ) | |
| UNKNOWN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is defendant Unknown Johnson's answer to plaintiff's complaint, filed on January 6, 2022. In the answer, Mr. Johnson identifies his first name as Ronnie. The Court will instruct the Clerk to update the docket to reflect Mr. Johnson's full name.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall update the docket to reflect defendant Unknown Johnson's full name, Ronnie Johnson, as identified in his answer, filed on January 6, 2022.

Dated this 7th day of January, 2022.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE